IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| ESCP CORPORATION,<br><br>　　　Plaintiff,<br><br>v.<br><br>CHARTER OAK FIRE INSURANCE COMPANY,<br><br>　　　Defendant. | Case No. 3:17-CV-00049<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |

　　　The above-captioned parties, through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, hereby stipulate to the dismissal of Defendant Charter Oak Fire Insurance Company with prejudice and with each party bearing its own costs, subject to the terms and conditions of the parties' Settlement and Release Agreement. This Court is respectfully asked to retain jurisdiction to enforce the Settlement and Release Agreement in this action.


　　　　　　　　　　　　BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.



　　　　　　　　　　　　By: __/s/ *Thomas M. Boes*_____
　　　　　　　　　　　　　　　Thomas M. Boes  AT0001048
　　　　　　　　　　　　　　　801 Grand Avenue, Suite 3700
　　　　　　　　　　　　　　　Des Moines, IA  50309-8004
　　　　　　　　　　　　　　　Phone:  (515) 246-5813
　　　　　　　　　　　　　　　Fax:  (515) 246-5808
　　　　　　　　　　　　　　　E-Mail:  boes.thomas@bradshawlaw.com

　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF ESCP CORPORATION

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC


By: __/s/ Matthew P. Fortin_____
     Matthew P. Fortin (*pro hac vice*)
     222 North LaSalle Street, Suite 1400
     Chicago, IL 60601
     Phone: (312) 863-5070
     Fax: (312) 863-5099
     E-Mail: mfortin@fgppr.com

*-and-*

LEDERER WESTON CRAIG, P.L.C.


By: __/s/ J. Michael Weston_____
     J. Michael Weston AT0008405
     118 – 3rd Avenue SE, Suite 700
     Cedar Rapids, IA 52406-1927
     Phone: (319) 365-1184
     Fax: (319) 365-1186
     E-Mail: mweston@lwclawyers.com

ATTORNEYS FOR DEFENDANT CHARTER OAK FIRE INSURANCE COMPANY